IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MASON WHITE HYDE-EL,               )
                                    )
            Plaintiff,              )
                                    )
      v.                            )     1:20CV10
                                    )
DEPUTY KEVIN BLACK, et al.,         )
                                    )
            Defendant(s).           )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problem is:

1.  The claims in the present lawsuit appear largely, if not entirely, duplicative of some filed earlier by Plaintiff in case 1:19CV1172. The undersigned is contemporaneously recommending that the earlier case be dismissed based on a frivolity review. However, if Plaintiff has additional allegations to make in that case, he should do so by amending his Complaint in that case and not filing additional lawsuits.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing any proper amendments in 1:19CV1172.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing any proper amendments in 1:19CV1172.

This, the 31st day of January, 2020.

_____
Joe L. Webster
United States Magistrate Judge

2

Case 1:20-cv-00010-LCB-JLW    Document 3    Filed 01/31/20    Page 2 of 2